IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALEXANDER BRINSON,                )<br>                                                       )<br>    Petitioner,                             )<br>                                                       )<br>v.                                                    )     CASE NO.  2:13-cv-0349-TMH<br>                                                       )                    [WO]<br>CAPT. GOODEN, *et al.*,              )<br>                                                       )<br>    Respondents.                         )  | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #85) filed on October 8, 2013 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #82) filed on September 18, 2013 is adopted; and

3. The petition for habeas corpus relief is DENIED and the petition is DISMISSED without prejudice.

DONE this the 28th day of October, 2013.

　　　　　　　　　　　　　　　　　　/s/   Truman  M.  Hobbs
　　　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE